**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

SHEMA MCKENZIE,

        Plaintiff,

-against-

DOLLAR TREE STORES, INC.,

        Defendant.

---

Civil Action No.: 22-cv-4515

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P., Rule 7.1, the undersigned, counsel of record for Defendant Dollar Tree Stores, Inc. certifies that Dollar Tree Stores, Inc. is a wholly owned subsidiary of Dollar Tree, Inc, a publicly traded corporation. No publicly held corporation owns 10 percent or more of Dollar Tree, Inc.'s stock.

Dated: New York, New York
       June 1, 2022

SEYFARTH SHAW LLP

By:   */s/ Courtney S. Stieber*
     Courtney S. Stieber
     cstieber@seyfarth.com
     620 Eighth Avenue
     New York, New York 10018
     Telephone: (212) 218-5500
     Facsimile: (212) 218-5526

*Attorneys for Defendant*
*Dollar Tree Stores, Inc.*

# **CERTIFICATE OF SERVICE**

I, Courtney Stieber, hereby certify that on June 1, 2022, I electronically filed the foregoing RULE 7.1 CORPORATE DISCLOSURE STATEMENT, via the Court's CM/ECF system, and served true and correct copies of the foregoing documents via Federal Express, priority overnight, upon counsel for Plaintiff at the following address of record:

Marcel Florestal
FLORESTAL LAW FIRM, PLLC
48 Wall Street, Suite 11
New York, NY 10005
(212) 918-4416

*/s/ Courtney S. Stieber*
Courtney S. Stieber

84037450v.1